UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCY FIGARD,

        Petitioner,        Case No. 1:09cv425

v.        Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on March 12, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 12, 2012, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's motion for attorney fees (docket #22) is **GRANTED** in the amount of **$5,300.00**

        /s/ Robert J. Jonker
        ROBERT J. JONKER
        UNITED STATES DISTRICT JUDGE

DATED: May 7, 2012.